UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-MJ-02034-JG

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| **NATHAN PRADY,** | ) | |
| **Defendant** | ) | |

**PLEASE TAKE NOTICE**, pursuant to the provisions of Local Rule 44.1 (b), that the undersigned attorneys, having been retained to represent the Defendant in the above-captioned case in lieu of previously-appointed counsel, hereby enter their appearance therein. Robert E. Nunley will be the lead defense counsel and the point of service for all matters in this case.

**FURTHERMORE**, by filing of this Notice of Appearance, the undersigned attorney certifies that copies of said Notice have been delivered through CM/ECF to:

Assistant United States Attorney for the Eastern District of North Carolina
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461

Respectfully submitted, this the 6th day of December, 2010.

| THE CHETSON FIRM, PLLC | NUNLEY & ASSOCIATES, PLLC |
|---|---|
| /S/ Damon Chetson | /s/ Robert E. Nunley |
| Damon Chetson | Robert E. Nunley |
| Attorney for Defendant | Attorney for Defendant |
| North Carolina Bar # 39575 | North Carolina Bar # 25905 |
| 19 West Hargett St., Suite 920 | 5 West Hargett St., Suite 1000 |
| Raleigh, NC 27601 | Raleigh, N.C. 27601 |
| Off = (919) 352-9411 | Off = (919) 835-1977 |
| Fax = (919) 249-1396 | Fax = (919) 835-1926 |
| damon@chetson.com | renunley@earthlink.net |